ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | CASE NO. 2:26-CV-02535-DJC-AC<br><br>STIPULATION FOR EXTENSION OF TIME; ORDER THEREON |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. This case involves the allegedly unlawful delay in Defendant USCIS's adjudication of Plaintiff's I-485 Application for Adjustment of Status ("Petition"). Since the filing of this action, USCIS conducted an interview for Plaintiff on September 16, 2026. The agency is diligently working on adjudication, but an additional sixty (60) days is needed to reach a determination. This interview, along with the continued review of information obtained, is necessary to the continued adjudication of the subject immigration petition. Given this status, the parties wish to extend the current deadline for approximately sixty (60) days to and including November 24, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is November 24, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 25, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Robert B. Jobe (as authorized on September 25, 2026)*
ROBERT B. JOBE
Counsel for Plaintiff

ORDER

DATED: September 25, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE