ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.<br>Defendants. | CASE NO. 2:26-CV-02535-DJC-AC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME; ORDER THEREON |

Defendants respectfully request a second extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to the adjudication of a pending Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Application"). The parties previously stipulated to and obtained a first extension through November 24, 2026 to allow time for USCIS to complete adjudication of the Application. ECF ## 9-10. Specifically, USCIS issued a Notice of Intent to Deny (NOID), giving Plaintiff thirty days to respond with evidence and time was needed for Plaintiff to provide and USCIS to review such evidence. Plaintiff provided the requested evidence on or about November 12, 2026. USCIS has acted, and final adjudication is well underway, however, time is needed for USCIS to continue the necessary vetting. Given this status, and in the interest of allowing the process to proceed, the parties hereby stipulate to an extension of time for Defendants to file an answer or other pleading for approximately thirty (30) days to and including December 28, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is December 28, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: November 24, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Robert B. Jobe (as authorized on November 24, 2026)*
ROBERT B. JOBE
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: November 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE